UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

Michael Cioce, President of Rowan College at Burlington County,

                    Plaintiff,

  v.

Rowan College at Burlington County,
Trustees of Rowan College at Burlington County,
Sean Kennedy, in his official and individual capacity
Gino Pasqualone, in his official and individual capacity,
Anthony Wright, in his official and individual capacity,

Adam S. Malamut,

Malamut & Associates, LLC,

                    Defendants.

Case No. 1:25-cv-16106
JURY TRIAL DEMANDED

## PLAINTIFF MICHAEL CIOCE'S MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND PRELIMINARY INJUNCTION

Plaintiff Dr. Michael Cioce by and through his undersigned counsel, hereby moves this Court for a Temporary Restraining Order, Expedited Discovery, and Preliminary Injunction against Defendants, enjoining them from, among other things, terminating his employment. In support of the motion, Plaintiff relies on the accompanying memorandum of law.

**WHEREFORE**, for the reasons stated in the accompanying memorandum of law, incorporated herein by reference, Plaintiff requests that the Court issue a Temporary Restraining Order, Expedited Discovery, and Preliminary Injunction against Defendants, in the form attached to this motion.