

50 LAKE CENTER DRIVE
SUITE 110
MARLTON, NJ 08053
(856) 817-2600    FAX: (856) 267-1085
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: (215) 988-1475
DIRECT FAX DIAL NO.: (215) 754-5175
FILE NO.: MCIOCE-118980
E-MAIL: SAC@PIETRAGALLO.COM

October 3, 2025

<u>VIA EMAIL</u>

Honorable Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

      Re:    *Michael Cioce v. Rowan College at Burlington County et al.*
             <u>U.S.D.C.N.J., Case No.: 1:25-cv-16106-CPO-SAK</u>

Dear Judge O'Hearn:

      Today, in accordance with Your Honor's Order dated October 2, 2025, which we have shared with the parties in the absence of appearances of counsel on their behalf, we have filed Affidavits of Service for the following Defendants: Rowan College at Burlington County, Trustees of Rowan College at Burlington County, Sean Kennedy, Gino Pasqualone, and Anthony Wright. As noted in my Affidavit dated October 1, 2025, on September 30, 2025, Mark Natale, Esquire, emailed me requesting a copy of the Complaint and agreeing to accept service on behalf of Defendant Malamut and Malamut & Associates (the Malamut Defendants), as well as agreeing to facilitate a Waiver of Service of their behalf. We emailed a copy of the Complaint, Injunction paperwork and Request for Waiver of Service to Attorney Natale on September 30, and subsequently, have emailed all other filings and communications with the Court, and the Court's Orders, to Mr. Natale and the other defendants, given that no attorney yet has appeared on their behalf.

      This morning, we followed up with Attorney Natale on the status of the executed Waiver of Service. Attorney Natale responded by confirming that he has accepted service on behalf of the Malamut Defendants, and committing to forward the Waivers of Service to counsel for the Malamut firm once counsel is retained by them. A copy of Attorney Natale's email is attached.

Honorable Christine P. O'Hearn
October 3, 2025
Page 2

      We will file the Waivers of Service for the Malamut Defendants promptly upon receipt, but we wanted the Court to know that the Malamut Defendants have confirmed that they have accepted service.

                                          Respectfully,

                                          */s/ Scott A. Coffina*

                                          Scott A. Coffina

SAC:atk

cc:    Mark T. Sottile, Esquire
       Mark Natale, Esquire (on behalf of himself, RCBC and Trustees of RCBC)
       Gino Pasqualone
       Sean Kennedy
       Anthony Wright

| | |
|---|---|
| **From:** | Mark Natale |
| **To:** | Scott A. Coffina |
| **Cc:** | Mark T. Sottile |
| **Subject:** | Re: Waiver of Service |
| **Date:** | Friday, October 3, 2025 10:14:51 AM |
| **Attachments:** | image806784.png |
| | image285057.png |

Scott,

I am out of the office right now but I can confirm service and will return the waiver at earliest opportunity. If we get outside counsel lined up today, I'll forward to them immediately to sign.

**Mark R. Natale**
*Esquire.*
E: mnatale@malamutlaw.com
O: 856-424-1808
F: 856-424-2032
W: www.MalamutLaw.com

---

**From:** Scott A. Coffina <SAC@Pietragallo.com>
**Sent:** Friday, October 3, 2025 10:09:22 AM
**To:** Mark Natale <mnatale@malamutlaw.com>
**Cc:** Mark T. Sottile <MTS@Pietragallo.com>
**Subject:** Waiver of Service

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

Can you let me know when you will return the Waivers of Service? We need to confirm service with the Court; I have your email, but I want to make sure I have confirmation formally.

Thank you.

Scott

**Scott A. Coffina, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
50 Lake Center Drive, Suite 110
Marlton, NJ 08053
Office: (856) 817-2601 | Fax: (856) 267-1085
SAC@Pietragallo.com

Connect with me on LinkedIn:



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.