UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michael Cioce, President of Rowan College at Burlington County,<br><br>Plaintiff,<br>v.<br><br>Rowan College at Burlington County, et al.<br><br>Defendants. | Case No. 1:25-cv-16106<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, Michael Cioce, through his undersigned counsel, hereby voluntarily dismisses the above-captioned action, without prejudice.

Respectfully submitted by:

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Dated: November 12, 2025

*/s/ Scott A. Coffina*
Scott A. Coffina, Esq. (#029422006)
Mark T. Sottile, Esq. (I.D. #033042011)
Mary Kate McDevitt, Es. (I.D. #384452021)
50 Lake Center Drive, Suite 110
471 Rt. 73 North
Marlton, NJ 08053
Tel: (856) 817-2600
*Attorneys for Plaintiff, Michael Cioce*

## **CERTIFICATE OF SERVICE**

I, Scott A. Coffina, Esquire hereby certify that on this 12th day of November 2025, a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served via the CM/ECF upon the following:

| | |
|---|---|
| Peter F. Berk, Esquire<br>Rajiv D. Parikh, Esquire<br>One Boland Drive, Suite 101<br>West Orange, NJ 07052<br>*pberk@pemlawfirm.com*<br>*rparikh@pemlawfirm.com* | Mark A. Tabakin, Esquire<br>Donald A. Klein, Esquire<br>Stephen J. Edelstein, Esquire<br>Weiner Law Group LLP<br>629 Parsippany Road<br>P.O. Box 0438<br>Parsippany, NJ 07054-0438<br>*mtabakin@weiner.law*<br>*dklein@weiner.law*<br>*sedelstein@weiner.law* |
| Michael J. Dee, Esquire<br>O'Toole Scrivo, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009<br>*mdee@oslaw.com* | Joseph P. Howard, Esquire<br>Law Office of Joseph P. Howard, LLC<br>1818 Old Cuthbert Road, Suite 306<br>Cherry Hill, NJ 08034<br>*jhoward@jph-law.com* |

                                           */s/ Scott A. Coffina*
                                           Scott A. Coffina, Esquire

*11810418*